UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUIJUN ZHAO,

          Petitioner,

    v.

SECRETARY OF HOMELAND SECURITY, *et al.*,

          Respondents.

Case No. 5:26-cv-1744-CV (MARx)

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED**

**IT IS SO ORDERED**.

Dated: April 19, 2026

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1